CLOSED,ECF

# U.S. District Court
## Southern District of New York (White Plains)
## CRIMINAL DOCKET FOR CASE #: 7:24-cr-00268-VB-1

Case title: USA v. Patel

Date Filed: 05/02/2024

Magistrate judge case number: 7:23-mj-06797-UA

Date Terminated: 08/08/2024

Assigned to: Judge Vincent L. Briccetti

**Defendant (1)**

**Nileshkumar Patel**
*TERMINATED: 08/08/2024*

represented by **Joel Silberman**
26 Journal Square, Suite 300
Jersey City, NJ 07306
201-420-1913
Email: joel@joelsilbermanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Theodore Samuel Green**
Green & Willstatter
200 Mamaroneck Avenue
Suite 605
White Plains, NY 10601
914-948-5656
Fax: 914-948-8730
Email: theosgreen@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

18:1960.F MONETARY LAUNDERING
(2)

**Disposition**

PROBATION: 3 Years.

PROBATION: 3 Years.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

None

### Highest Offense Level (Terminated)

None

### Complaints

18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES

### Disposition

### Plaintiff

**USA** represented by **Benjamin Levander**
U.S. Attorney's Office, Southern District of New York
White Plains Division
50 Main Street
Ste 11th Floor
White Plains, NY 10606
914-993-1930
Email: benjamin.levander@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2023 | 2 | SEALED COMPLAINT as to Sealed Defendant 1 (1), Sealed Defendant 2 (2), Sealed Defendant 3 (3), Sealed Defendant 4 (4), Sealed Defendant 5 (5), Sealed Defendant 6 (6). (Signed by Magistrate Judge Andrew E. Krause) (lnl) [7:23-mj-06797-UA] (Entered: 10/18/2023) |
| 10/17/2023 |  | Oral Order to Unseal Case as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3, Sealed Defendant 4, Sealed Defendant 5, Sealed Defendant 6. (Signed by Magistrate Judge Victoria Reznik on 10/17/2023) (lnl) [7:23-mj-06797-UA] (Entered: 10/18/2023) |
| 10/17/2023 |  | COMPLAINT UNSEALED as to Shaileshkumar Goyani, Brijeshkumar Patel, Hirenkumar Patel, Naineshkumar Patel, Nileshkumar Patel, Raju Patel. (lnl) [7:23-mj-06797-UA] (Entered: 10/18/2023) |
| 10/17/2023 |  | Arrest of Nileshkumar Patel. (lnl) [7:23-mj-06797-UA] (Entered: 10/18/2023) |
| 10/17/2023 | 15 | Minute Entry for proceedings held before Magistrate Judge Victoria Reznik: Initial Appearance as to Nileshkumar Patel held on 10/17/2023. Defendant present with defense counsel Ted Green, CJA. AUSA Timothy Ly and Ben Levander present. Pretrial Services officer Shannon Finneran present. Gujarati interpreter, Masuma Chagani present and sworn. Defendant was advised of his rights and the charges against him and waives public reading. Financial affidavit is approved and Ted Green is appointed as counsel. Defendant is a citizen of India and declines consular notification. Motion to unseal complaint granted. Bail arguments heard. Defendant to be released on a $100,000.00 bond to be cosigned by 3 FRP (see Appearance Bond). Residence and employment to be confirmed by Pretrial Services. All conditions must be met before release. Recorded on Courtflow. |

| | | |
|---|---|---|
| | | See transcript. Preliminary Hearing: 11/15/23. (lnl) [7:23-mj-06797-UA] (Entered: 10/18/2023) |
| 10/17/2023 | 16 | UNSECURED Bond Entered as to Nileshkumar Patel in amount of $100,000.00, cosigned by 3 FRPs. The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or Judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified. (See attached ORDER SETTING CONDITIONS OF RELEASE) (lnl) (Main Document 16 replaced on 10/18/2023) (Bonano, Josephine). (Main Document 16 replaced on 10/27/2023) (ap). (Main Document 16 replaced on 11/9/2023) (lnl). [7:23-mj-06797-UA] (Entered: 10/18/2023) |
| 10/17/2023 | 21 | CJA 23 Financial Affidavit by Nileshkumar Patel. (APPROVED) (Signed by Magistrate Judge Victoria Reznik) (lnl) [7:23-mj-06797-UA] (Entered: 10/19/2023) |
| 10/26/2023 | 26 | LETTER MOTION addressed to Magistrate Judge Victoria Reznik from Theodore S Green dated 10/26/2023 re: modify bail conditions . Document filed by Nileshkumar Patel. (Green, Theodore) [7:23-mj-06797-UA] (Entered: 10/26/2023) |
| 10/26/2023 | 27 | LETTER by Nileshkumar Patel addressed to Magistrate Judge Victoria Reznik from Theodore S Green dated 10/26/2023 re: bail modification request (Green, Theodore) [7:23-mj-06797-UA] (Entered: 10/26/2023) |
| 10/27/2023 | 31 | MEMO ENDORSEMENT as to (7:23-mj-6797-5) Nileshkumar Patel on re: 27 LETTER by Nileshkumar Patel addressed to Magistrate Judge Victoria Reznik from Attorney Theodore S. Green dated 10/26/2023 re: bail modification request.... This letter is in further support of Nileshkumar Patel's application (ECF No. 26) to modify his bail conditions to permit longer curfew hours on October 27 and 28, 2023, to attend a religious celebration. I am advised by AUSA Timothy Ly that neither the government nor the pretrial services office objects to this request. ENDORSEMENT: APPLICATION GRANTED. (Signed by Magistrate Judge Victoria Reznik on 10/27/2023)(bw) [7:23-mj-06797-UA] (Entered: 10/27/2023) |
| 11/06/2023 | 34 | MOTION for Jonathan Minkus to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nileshkumar Patel. (lnl) [7:23-mj-06797-UA] (Entered: 11/06/2023) |
| 11/07/2023 | 35 | ORDER FOR ADMISSION PRO HAC VICE granting 34 Motion for Jonathan Minkus to Appear Pro Hac Vice as to Nileshkumar Patel (5). (Signed by Magistrate Judge Victoria Reznik on 11/6/2023) (lnl) [7:23-mj-06797-UA] (Entered: 11/07/2023) |
| 11/13/2023 | 38 | MEMO ENDORSEMENT as to Nileshkumar Patel on AGREED MOTION TO DEVIATE FROM NIGHTLY CURFEW. ENDORSEMENT: APPLICATION GRANTED. (Signed by Magistrate Judge Victoria Reznik on 11/9/2023) (lnl) [7:23-mj-06797-UA] (Entered: 11/13/2023) |
| 11/15/2023 | 46 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Nileshkumar Patel. Time excluded from 11/15/2023 until 12/13/2023. (Signed by Magistrate Judge Andrew E. Krause on 11/15/2023) (ap) [7:23-mj-06797-UA] (Entered: 11/15/2023) |
| 11/15/2023 | 47 | AFFIRMATION of Timothy Ly in Support by USA as to Nileshkumar Patel re: 46 Order to Continue - Interest of Justice. (ap) [7:23-mj-06797-UA] (Entered: 11/15/2023) |
| 12/14/2023 | 61 | 2ND ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Nileshkumar Patel. Time excluded from 12/13/2023 until 1/10/2024. (Signed by Magistrate Judge Judith C. McCarthy on 12/13/2023) (ap) [7:23-mj-06797-UA] (Entered: 12/15/2023) |

| | | |
|---|---|---|
| 12/14/2023 | 62 | AFFIRMATION of Benjamin Levander in Support by USA as to Nileshkumar Patel re: 61 Order to Continue - Interest of Justice. (ap) [7:23-mj-06797-UA] (Entered: 12/15/2023) |
| 01/08/2024 | 65 | NOTICE OF ATTORNEY APPEARANCE: Joel Silberman appearing for Nileshkumar Patel. Appearance Type: Retained. (Silberman, Joel) [7:23-mj-06797-UA] (Entered: 01/08/2024) |
| 01/11/2024 | 72 | 3RD ORDER OF CONTINUANCE as to Nileshkumar Patel. Time excluded from 1/10/24 until 2/7/24. (Signed by Magistrate Judge Victoria Reznik on 1/10/24)(jw) [7:23-mj-06797-UA] (Entered: 01/11/2024) |
| 02/08/2024 | 85 | 4th ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Nileshkumar Patel. Time excluded from 2/7/2024 until 3/6/2024. (Signed by Magistrate Judge Victoria Reznik on 2/7/2024) (lnl) [7:23-mj-06797-UA] (Entered: 02/08/2024) |
| 02/08/2024 | 86 | AFFIRMATION of Benjamin Levander in Support by USA as to Nileshkumar Patel re: 85 4th Order to Continue - Interest of Justice. (lnl) [7:23-mj-06797-UA] (Entered: 02/08/2024) |
| 03/06/2024 | 96 | 5TH ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Nileshkumar Patel. Time excluded from 3/6/2024 until 4/3/2024. (Signed by Magistrate Judge Andrew E. Krause on 3/6/2024) (ap) [7:23-mj-06797-UA] (Entered: 03/06/2024) |
| 03/06/2024 | 97 | AFFIRMATION of Benjamin Levander in Support as to Nileshkumar Patel re: 96 Order to Continue - Interest of Justice. (ap) [7:23-mj-06797-UA] (Entered: 03/06/2024) |
| 04/04/2024 | 104 | 6TH ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Nileshkumar Patel. Time excluded from 4/3/2024 until 5/1/2024. (Signed by Magistrate Judge Judith C. McCarthy on 4/3/2024) (ap) [7:23-mj-06797-UA] (Entered: 04/05/2024) |
| 04/04/2024 | 105 | AFFIRMATION of Benjamin Levander in Support by USA as to Nileshkumar Patel re: 104 Order to Continue - Interest of Justice. (ap) [7:23-mj-06797-UA] (Entered: 04/05/2024) |
| 04/22/2024 | 108 | FIRST LETTER MOTION addressed to Magistrate Judge Victoria Reznik from Joel Silberman, Esq. dated 04/22/2024 re: Change Conditions of Release with Consent of Government . Document filed by Nileshkumar Patel as to Shaileshkumar Goyani, Brijeshkumar Patel, Hirenkumar Patel, Naineshkumar Patel, Nileshkumar Patel, Raju Patel. (Silberman, Joel) [7:23-mj-06797-UA] (Entered: 04/22/2024) |
| 04/24/2024 | 109 | MEMO ENDORSEMENT as to Nileshkumar Patel (5) granting 108 FIRST LETTER MOTION addressed to Magistrate Judge Victoria Reznik from Joel Silberman, Esq. dated 04/22/2024 re: Change Conditions of Release with Consent of Government. ENDORSEMENT: APPLICATION GRANTED. (Signed by Magistrate Judge Victoria Reznik on 4/23/2024) (ap) [7:23-mj-06797-UA] (Entered: 04/24/2024) |
| 05/02/2024 | 110 | INFORMATION (Felony) filed as to Nileshkumar Patel (1) count(s) 1,2. (ap) (Entered: 05/02/2024) |
| 05/02/2024 | | Case Designated ECF as to Nileshkumar Patel. (ap) (Entered: 05/02/2024) |
| 05/02/2024 | | Case as to Nileshkumar Patel REASSIGNED to Judge Vincent L. Briccetti. Judge Unassigned no longer assigned to the case. (ap) (Entered: 05/02/2024) |
| 05/02/2024 | | Oral Order of Referral to Probation for Presentence Investigation and Report as to Nileshkumar Patel. (Signed by Judge Vincent L. Briccetti on 5/2/2024) (ap) (Entered: 05/02/2024) |

| | | |
|---|---|---|
| 05/02/2024 | 111 | WAIVER OF INDICTMENT by Nileshkumar Patel. (ap) (Entered: 05/02/2024) |
| 05/02/2024 | 112 | RULE 5(f) ORDER as to Nileshkumar Patel. (Signed by Judge Vincent L. Briccetti on 5/2/2024) (ap) (Entered: 05/02/2024) |
| 05/02/2024 | | Minute Entry for proceedings held before Judge Vincent L. Briccetti: Arraignment as to Nileshkumar Patel (1) Count 1,2 held on 5/2/2024. Dft & Atty Joel Silberman pres. AUSA Benjamin Levander pres. Waiver of Indictment filed. Dft enters a plea of guilty to Counts 1-2. PSI Ordered. Sentencing scheduled for 8-8-24 at 10:00 a.m. Sentencing memorandum by the dft is due 7-25-24, and Government by 8-1-24. Rule 5(f) Order issued. For the reasons stated on the record, the defendants bail is modified to add Curfew from 11:00 PM to 8:00 AM to be monitored by GPS and by Pretrial Services as appropriate within their discretion. Bail continued as previously set. (Sentencing set for 8/8/2024 at 10:00 AM before Judge Vincent L. Briccetti) (Court Reporter Angela O'Donnell) (ap) (Entered: 05/02/2024) |
| 05/02/2024 | | Minute Entry for proceedings held before Judge Vincent L. Briccetti: Plea entered by Nileshkumar Patel (1) Guilty as to Count 1,2. (ap) (Entered: 05/02/2024) |
| 05/21/2024 | 113 | LETTER by USA as to Nileshkumar Patel addressed to Judge Vincent L. Briccetti from Benjamin Levander dated May 21, 2024 re: United States v. Nileshkumar Patel, 24 Cr. 268 (VB) Document filed by USA. (Levander, Benjamin) (Entered: 05/21/2024) |
| 07/03/2024 | 115 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Nileshkumar Patel. Notice is hereby given that an official transcript of a Plea proceeding held on 5/2/2024 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (O'Donnell, Angela) (Entered: 07/03/2024) |
| 07/03/2024 | 116 | TRANSCRIPT of Proceedings as to Nileshkumar Patel re: Plea held on 5/2/2024 before Judge Vincent L. Briccetti. Court Reporter/Transcriber: Angela O'Donnell, (914) 390-4025, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/24/2024. Redacted Transcript Deadline set for 8/5/2024. Release of Transcript Restriction set for 10/1/2024. (O'Donnell, Angela) (Entered: 07/03/2024) |
| 07/22/2024 | 117 | SENTENCING SUBMISSION by Nileshkumar Patel. (Silberman, Joel) (Entered: 07/22/2024) |
| 07/31/2024 | 119 | SENTENCING SUBMISSION by USA as to Nileshkumar Patel. (Levander, Benjamin) (Entered: 07/31/2024) |
| 08/03/2024 | 120 | LETTER MOTION addressed to Judge Vincent L. Briccetti from Joel Silberman dated August 3 2024 re: Requesting Permission to Travel for Sentencing with Consent of Government . Document filed by Nileshkumar Patel. (Silberman, Joel) (Entered: 08/03/2024) |
| 08/05/2024 | 121 | ORDER granting 120 LETTER MOTION to modify conditions of release: Defendant may stay at hotel in White Plains overnight from 8/7/2024 to 8/8/2024. Curfew shall remain in effect. Defense counsel shall advise pretrial services officer of this order. (Signed by Judge Vincent L. Briccetti on 8/5/2024) (Briccetti, Vincent) (Entered: 08/05/2024) |
| 08/08/2024 | | Minute Entry for proceedings held before Judge Vincent L. Briccetti: Sentencing held on 8/8/2024 for Nileshkumar Patel (1) Count 1,2. DFt & Atty Joel Silberman pres. AUSA |

| | | |
|---|---|---|
| | | Benjamin Levander pres. Dft is sentenced to 3 Years Probation on each count to run concurrently. Standard conditions of Probation 1-12 shall apply. Special conditions: 100 hours of Community service for the first 2 years of probation, Outpatient mental health program. Obey Immigration laws, supervised by district of residence. $200.00 special assessment. Dft has the right to appeal. Bail is exonerated. (Court Reporter Tabitha Dente) (ap) (Entered: 08/08/2024) |
| 08/08/2024 | 122 | JUDGMENT IN A CRIMINAL CASE as to Nileshkumar Patel (1). THE DEFENDANT: pleaded guilty to count(s) 1,2. PROBATION: 3 Years. See SPECIAL CONDITIONS OF SUPERVISION. ASSESSMENT: $200.00n due immediately. (Signed by Judge Vincent L. Briccetti on 8/8/2024) (ap) (Entered: 08/08/2024) |
| 09/26/2024 | 123 | PROBATION FORM 22 - TRANSFER OF JURISDICTION as to Nileshkumar Patel. By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Nileshkumar Patel supervision from the Southern District of New York to the District of New Jersey, the sealed records of the Court in the above-styled matter relating to Nileshkumar Patel are unsealed for the limited purpose of transferring those records to the United States District Court for the District of New Jersey and to the Probation Department in that district. (UNSIGNED BY ACCEPTING JURISDICTION) (Signed by Judge Vincent L. Briccetti on 9/26/2024) (ap) (Entered: 09/27/2024) |